# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EDWARDS, JR., <br><br> Petitioner, <br><br> v. <br><br> WANDA WILSON, Warden, <br><br> Respondent. | ) Case No. CV 11-9469 SJO (JCG) <br> ) <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: December 2, 2011.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE